JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOXX INTERNATIONAL CORP., and ROSEN ENTERTAINMENT SYSTEMS, LLP,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON SAFETY, INC.,<br><br>    Defendant. | Case No. 2:17-cv-00358 ODW(DTBx)<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATION BY ALL PARTIES TO DISMISS WITH PREJUDICE |

The parties, Plaintiffs VOXX International Corp. and Rosen Entertainment Systems, LLP (collectively, "Plaintiffs") and Defendant Johnson Safety, Inc. ("Johnson Safety") have announced to the Court that they have settled their claims for relief asserted in this case and filed a Stipulation by All Parties to Dismiss with Prejudice. The Court, having considered this stipulation by all parties, is of the opinion that the stipulation should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims of Plaintiffs and Johnson Safety made herein are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

DATED: May 3, 2017

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE